# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES MANLEY,

    *Petitioner*,

vs.

TIMOTHY FILSON, *et al.*,

    *Respondents*.

3:15-cv-00083-LRH-WGC

ORDER

For good cause shown,

IT IS ORDERED that petitioner's motion (ECF No. 14) for leave to file a reply is GRANTED, that the Clerk of Court shall file the reply submitted as an exhibit with the motion, and that respondents shall have thirty (30) days within which to file a response.

IT FURTHER IS ORDERED that, within the same deadline, respondents shall file and serve indexed copies of any state court record exhibits relevant to the timeliness inquiry, including as to petitioner's allegation of actual innocence, with a hard copy for staff not being required in this instance.

No further briefing will be permitted with respect to the pending timeliness inquiry.

DATED this 29th day of September, 2017.

                                              _____
                                              LARRY R. HICKS
                                              UNITED STATES DISTRICT JUDGE