# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES MANLEY,

    *Petitioner*,

vs.

TIMOTHY FILSON, *et al.*,

    *Respondents*.

3:15-cv-00083-LRH-WGC

ORDER

For good cause shown,

IT IS ORDERED that respondents motion (ECF No. 19) to file under seal is GRANTED with regard to petitioner's presentence investigation report labeled as Exhibit 5. The Court finds, in accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect the privacy and/or personal identifying information of petitioner, the victims, and others with regard to the sealed exhibit outweighs the public interest in open access to court records.

IT FURTHER IS ORDERED that, within thirty (30) days of entry of this order, respondents shall file the exhibit under seal.

IT FURTHER IS ORDERED that, within the same deadline, respondents shall file and serve supplemental exhibits containing copies of the prior judgments of conviction filed at petitioner's sentencing. (See ECF No. 18-4; Exhibit No. 3, at electronic docketing page 5.)

DATED this 29th day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE